No. 76–5593. GORDON *v.* UNITED STATES. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to Court of Appeals for further proceedings, including re-entry of its judgment affirming petitioner's conviction and consideration of the appointment of counsel for petitioner in connection with seeking review in this Court of the judgment of the Court of Appeals. *Doherty* v. *United States,* 404 U. S. 28 (1971); *Schreiner* v. *United States,* 404 U. S. 67 (1971).

No. 75–679. INTERNAL REVENUE SERVICE *v.* FRUEHAUF CORP. ET AL. C. A. 6th Cir. [Certiorari granted, 423 U. S. 1047.] Judgment vacated and case remanded for reconsideration in light of the Tax Reform Act of 1976, 90 Stat. 1520.

No. A–346 (76–694). BUCKLEY ET AL. *v.* McRAE ET AL. Renewed application for stay of order of the United States District Court for the Eastern District of New York denied.

No. A–399. WARD *v.* UNITED STATES. C. A. 5th Cir. Application for bail, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. A–469. McCARTHY ET UX. *v.* UNITED STATES ET AL. C. A. 6th Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–571. DUBOSE ET AL. *v.* HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. Application to vacate stay of a preliminary injunction entered by the United States District Court for the District of Connecticut, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.